COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Brownsville** DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

Crystal Marie Newton Cantu #1071128
Plaintiff's name and ID Number
Texas Department of Corrections –Mt. View Facility
2305 Ransom Rd.
Gatesville, Tx 76528
Place of Confinement

CASE NO: **B-03-168**
(Clerk will assign the number)

v.

Cameron County Sheriff's Office
Assigned Employee Investigators & Finance Dept.
954 E. Harrison – Brownsville, Texas 78520
Defendant's name and address
Cameron County Sheriff's Office
Sgt. Mason-Women's Facility-Employee
954 E. Harrison – Brownsville, Texas 78520
Defendant's name and address
Cameron County Sheriff's Office
Officer Sanchez-Women's Facility-Employee
954 E. Harrison, Texas 78520
Defendant's name and address
(DO NOT USE "ET AL.")
Cameron County Sheriff's Office
Supervisor Joel Zamora-Women's Facility-Employee
954. E. Harrison= Brownsville, Texas 78520

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ___ YES   xxx  NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s) _____

      Defendant(s) _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
   _____

   7. Approximate date of disposition: _____

☆ATC1983 (Rev. 2/00)            2

II. **PLACE OF PRESENT CONFINEMENT:** Texas Department of Corrections- Mt. View Facility
2305 Ransom Rd.
Gatesville, Texas 76528

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution? xxx YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THIS SUIT:**

A. Name of address of plaintiff: Crystal Marie Newton Cantu
2305 Ransom Rd. - Gatesville, Texas 76528

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Cameron County Sheriff's Office/ Assigned Employee Investigator & Finance Department - 954 E. Harrison - Brownsville, Texas 78520
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Assigned investigator for case No.#01-10001 against Charlote Kirkpatrick did nothing to help prosecute case and covered up. Finance dept. stole all money from trust fund acct.

Defendant #2: Cameron County Sheriff's Office/ Sgt. Mason-Employee
954 E. Harrison - Brownsville, Texas 78520
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Hired and or prompted Charlote kirkpatrick to inflict severe physical harm to Crystal M. Newton Cantu (plantiff).

Defendant #3: Cameron County Sheriff's Office/ Officer Sanchez-Employee
954. E. Harrison - Brownsville, Texas 78520
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Officer Sanchez co-conspired with Sgt. Mason to allow Charlote Kirkpatrick to inflict severe physical harm against Crystal M. Newton Cantu (plantiff).

Defendant #4: Cameron County Sheriff's Office/ Supervisor-Joel Zamora -Employee
954 E. Harrison - Brownsville, Texas 78520
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Did not change housing or take proper measures to protect Crystal m. Newton Cantu from physical harm despite plantiff's supplications.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

At the Cameron County Sheriff's Jail-Womens holding facility in September 2001, staff employees conspired with criminal mis-conduct, un-ethical and harmful behavior against Crystal M. Newton Cantu (plantiff). Specific named employees already mentioned allowed

and facilitated physical and financial harm while in legal custody. Investigators negligently failed to prosecute legally against Charlote Kirkpatrick with physical assault complaint case No.#011001 by plantiff and covered up involvement of Sgt. Mason, Officer Sanchez and Joel Zamora. The finance Dept. stole all monies from inmate trust fund and transported plantiff to Plain State Jail Facility with .39¢ check.
Sgt. Mason paid and or prompted inmate Charlote Kirkpatrick to physically inflict harm to Crystal M. Newton Cantu (plantiff). Prior to incident in question plantiff informed sheriff's officials of Sgt. Mason's un-ethical & lesbian relationships with inmates. This triggered a retaliation of assault on plantiff.
Officer Sanchez deliberately released inmate Charlote Kirkpatrick from her individual lock-down cell and opened plantiff's cell. Despite plantiff's plea to leave her cell door closed resulting in severe bodily and facial injury to Crystal M. Newton Cantu (Plantiff). Crystal M. Newton Cantu resorted to all who would listen with no avail including Joel Zamora who was contacted several times prior to attack by telephone calls and person to person but failed to persue and give adequate protection.
No action to rectify on behalf of Cameron County Sheriff's Jail Department has ever been taken against guilty parties. All measures have been exhausted. All claims are related to same incident.

**VI. RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff prays for medical expenses to repair nasal bones that support portion of the bridge of the nose that form the superior border of the external nares. To include repair of deviated septum causing chronic sinusitis as a result from injuries inflicted. To include repair from injuries inflicted causing irregular pigment color directly under eye that always remains of a black color. To include retun all money stolen from inmate trust fund account. To include damages for pain and suffering to plantiff and family.

**VII. BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

   Cantu (Maiden Name)

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

   #1071128 - #1022202

**VII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?

   ___ YES  xxx NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (if federal, give district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ___ YES  ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____
            DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ___1st___ day of ___September___, 20 _03_ .
        (Day)              (Month)       (Year)

_Crystal Marie Cantu #1071128_
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.