IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Brownsville** DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

Crystal Marie Newton Cantu #1071128
Plaintiff's name and ID Number

Texas Department of Corrections- Mt. View Facility
2305 Ransom Rd.
Gatesville, Texas 76528
Place of Confinement

CASE NO. **B-03-168**

(Clerk will assign the number)

v.
Cameron County Sherriff's Office
Assigned Employee Investigators/Finance Dept.
Sgt. Mason-Women's Facility - Employee
Officer Sanchez-Women's Facility - Employee
Joel Zamora-Women's Facility - Employee
954 E. Harrison - Brownsville, Texas 78520
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Crystal Marie Newton Cantu, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment        Yes☐  No☒
    b. Rent payments, interest or dividends?               Yes☐  No☒
    c. Pensions, annuities or life insurance payments?     Yes☐  No☒
    d. Gifts or inheritances?                              Yes☐  No☒
    e. Family or friends?                                  Yes☒  No☐
    f. Any other sources?                                  Yes☐  No☒

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    Retired father- Adan Cantu $100.00 Monthly.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☒        No☐
    If you answered YES, state the total value of the items owned.

    $100.00

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __1st__ day of __September__, 19__ 2003.

_____
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

6/97