IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, § <br> TDCJ-ID#1071128 § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> CAMERON COUNTY SHERIFF'S OFFICE, § <br> ET AL. § <br> Defendants. § | CIVIL ACTION NO. B-03-168 |

*Filed stamp: United States District Court, Southern District of Texas, SEP 2 6 2003, Michael N. Milby, Clerk of Court*

## ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

The court has considered the Plaintiff's application for leave to proceed *in forma pauperis* and the certified trust fund account statement or institutional equivalent. It is ORDERED that:

1. The Plaintiff is assessed an initial partial filing fee of $10.00. The agency having custody of Plaintiff shall collect this amount from the inmate's trust account when funds are available and forward it to the court.

2. Thereafter, the Plaintiff shall pay $140.00, the balance of the filing fee, in periodic installments as required by 28 U.S.C. § 1915(b)(2). This amount shall be collected from the inmate's trust account and forwarded by the institution to the court.

3. The application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Docket No. 2) is GRANTED.

4. The Clerk shall mail a copy of this Order to the Inmate Trust Fund, Mt. View Facility, 2305 Ransom Road, Gatesville, TX 76528 and to TDCJ Office of the General Counsel, P. O. Box 13084, Capitol Station, Austin, TX 78711, FAX: (512) 936-2159.

SIGNED at Brownsville, Texas, this 24th day of September, 2003.

_____
John Wm. Black
United States Magistrate Judge