# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU, | § | |
| TDCJ-ID#1071128, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-168 |
| | § | |
| CAMERON COUNTY SHERIFF'S OFFICE, | § | |
| ET AL. | § | |

## ORDER

The Clerk is ORDERED to prepare a summons directed to the Sheriff of Cameron County, Texas, and deliver it to the United States Marshal for service.

DONE at Brownsville, Texas, this 31st day of October, 2003.

_____
John Wm. Black
United States Magistrate Judge