Sheriff of CC

# RETURN OF SERVICE

B-03-168

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/19/03 |
| NAME OF SERVER (PRINT) Jesse Balleza Jr. | TITLE DUSM |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Christy Brooks

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/19/03
            Date

Signature of Server

600 E Harrison St Brownsville, TX
Address of Server

On 11/5/03 at around 11:15am 1st endevor    12 miles RND Trip
On 11/5/03 at around 2:45pm 2nd endevor     12 miles RND Trip
On 11/19/03 served at around 3:45pm         12 miles RND Trip

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

