# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-168 |
| | § | |
| CAMERON COUNTY SHERIFF'S OFFICE | § | |
| SGT. MASON, OFFICER SANCHEZ, | § | |
| SUPERVISOR JOEL ZAMORA | § | |

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 14, 2005 AT 1:30 P.M.**

_____
John Wm. Black
United States Magistrate Judge

DATE:     AUGUST 29, 2005