# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

United States Courts
Southern District of Texas
ENTERED

SEP 13 2005

www.txs.uscourts.gov
Michael N. Milby, Clerk of Court

Crystal Marie Newton Cantu
Texas Department of Corrections Prisoner No 1071128
Mt View Facility
2305 Ransom Rd
Gatesville Tx 76528

---

Case: 1:03-cv-00168   Instrument: 7   (1 pages)
Date: Aug 29, 2005
Control: 050845372
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
and
Register on-line for a training class to receive your user privileges.

