United States District Court
Southern District of Texas
FILED

SEP 1 4 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> § <br> CAMERON COUNTY SHERIFF, in his § <br> official capacity, SERGEANT MARIA § <br> MASON, in her official capacity, OFFICER § <br> JUANITA SANCHEZ, in her official § <br> capacity, and  LIEUTENANT JOEL § <br> ZAMORA, in his official capacity, § <br> Defendants § | CASE NO. B-03-168 |

## PLAINTIFF CAMERON COUNTY'S MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Cameron County files this Motion for Substitution of Counsel and Designation of Counsel and would show this Honorable Court as follows:

**I.**

Neither C. Douglas Wright nor John Olson are employed by Cameron County at this time. Neither attorney is available at this time to sign this substitution. Cameron County moves the Court to allow them to withdraw as attorney of record for Plaintiff Cameron County in this case and substitute Richard O. Burst of the Commissioners' Court, Legal Division as attorney of record for Plaintiff Cameron County.

**II.**

Plaintiff Cameron County moves this court to designate Richard O. Burst as lead counsel on its behalf to have control and management of their cause and to receive all further communications from the Court and other counsel relating to this cause. The information is as follows:

>Richard O. Burst
>Commissioners Court
>Legal Division
>964 East Harrison
>Brownsville, Texas 78520
>Telephone (956) 550-1345
>Facsimile (956) 550-1348

This substitution is not sought for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Cameron County respectfully prays that the Court grant him permission to withdraw as attorney of record for Plaintiff Cameron County in this suit, and further prays that the Court allow the substitution of Richard O. Burst from the Commissioners' Court, Legal Division as attorney of record for Cameron County.

Respectfully submitted,

By: _____
Richard O. Burst
State Bar No. 00785586
Commissioners' Court Legal Division
964 East Harrison Street
Brownsville, Texas 78520
Telephone (956) 550-1345
Facsimile  (956) 550-1348

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing document was forwarded to the following on this the 14th of September, 2005.

Crystal Marie Newton Cantu, pro se
Prisoner No. 1071128
Texas Department of Corrections
Mt. View Facility
2305 Ranson Road
Gatesville, TX 76528

                                                Richard O. Burst