SEP 0 1 2005

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-168 |
| CAMERON COUNTY SHERIFF'S OFFICE SGT. MASON, OFFICER SANCHEZ, SUPERVISOR JOEL ZAMORA | § § § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

SEPTEMBER 14, 2005 AT 1:30 P.M.

John Wm. Black
United States Magistrate Judge

DATE:   AUGUST 29, 2005