UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> § <br> CAMERON COUNTY SHERIFF, in his § <br> official capacity, SERGEANT MARIA § <br> MASON, in her official capacity, OFFICER § <br> JUANITA SANCHEZ, in her official § <br> capacity, and LIEUTENANT JOEL § <br> ZAMORA, in his official capacity, § <br> Defendants § | CASE NO. B-03-168 |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

On this day came for consideration Plaintiff Cameron County's Motion for Substitution of Counsel and the Court after due consideration, hereby grants same in full.

IT IS THEREFORE ORDERED, Adjudged And Decreed that C. Douglas Wright and John Olson, be permitted to withdraw as attorney of record for Plaintiff Cameron County, in this cause and that Richard O. Burst of the Commissioners' Court, Legal Division be substituted as attorney of record for said Plaintiff.

IT IS FURTHER ORDERED that Richard O. Burst is designated as lead counsel for Plaintiff Cameron County and all further communications shall be directed accordingly.

SIGNED FOR ENTRY this _____ day of _____, 2005.

_____
JUDGE PRESIDING

Copies to:
Crystal Marie Newton Cantu, pro se
Prisoner No. 1071128
Texas Department of Corrections
Mt. View Facility
2305 Ranson Road
Gatesville, TX 76528