IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU,  Plaintiff, | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-168 |
| CAMERON COUNTY SHERIFF'S OFFICE, SGT. MASON, OFFICER SANCHEZ, SUPERVISOR JOEL ZAMORA,  Defendants. | § § § § § | |

TYPE OF CASE:    __x__ CIVIL       _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**RE-SET STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

PLACE:                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TX**                                             DATE AND TIME:

                                                                                 **NOVEMBER 10, 2005 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 19, 2005