IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, §<br>    Plaintiff, §<br> §<br>VS. §<br> §    CIVIL ACTION NO. B-03-168<br>CAMERON COUNTY SHERIFF'S §<br>OFFICE, SGT. MASON, OFFICER §<br>SANCHEZ, SUPERVISOR JOEL §<br>ZAMORA, §<br>    Defendants. § | |

## ORDER

On this day came for consideration, Defendant, Cameron County's Motion for Substitution of Counsel and the Court after due consideration, hereby grants same.

IT IS THEREFORE ORDERED that C. Douglas Wright and John Olson be permitted to withdraw as attorney of record for Defendant, Cameron County, in this cause, and that Richard O. Burst of the Commissioner's Court, Legal Division, be substituted as attorney of record for said Defendant.

IT IS FURTHER ORDERED that Richard O. Burst be designated as lead counsel for Defendant Cameron County and all further communications shall be directed accordingly.

DONE at Brownsville, Texas, this 19th day of September, 2005.

John Wm. Black
United States Magistrate Judge