IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, §<br>    Plaintiff, §<br> §<br>VS. §<br> § CIVIL ACTION NO. B-03-168<br>CAMERON COUNTY SHERIFF'S §<br>OFFICE, SGT. MASON, OFFICER §<br>SANCHEZ, SUPERVISOR JOEL §<br>ZAMORA, §<br>    Defendants. § | |

TYPE OF CASE:    __x__ CIVIL            _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**RE-SET STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TX** | **SECOND FLOOR COURTROOM, #2**<br><br>DATE AND TIME:<br><br>**DECEMBER 15, 2005 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    NOVEMBER 10, 2005