United States District Court
Southern District of Texas
FILED

NOV 1 0 2005

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

MINUTES OF STATUS CONFERENCE

CIVIL ACTION NO. ~~B-04-183~~ 03-168

DATE & TIME: 11/~~01~~10/05 AT 1:30 P.M.

CRYSTAL MARIE NEWTON CANTU

PLAINTIFF(S)  PRO SE
COUNSEL

VS.

CAMERON COUNTY, ET. AL.

DEFENDANT(S)  RICHARD O. BURST
COUNSEL

---

ERO: Rosie D' Venturi

Attorney, Richard Burst, appeared for Defendants, Cameron County, Joel Zamora, Sergeant Mason, and Officer Sanchez. Pro Se Plaintiff, Crystal Marie Newton Cantu did not appear.

The Honorable Judge John Wm. Black stated that Plaintiff's change of address may have been effectuated contemporaneously with the Notice of Hearing setting the Status Conference. Therefore, Pro Se Plaintiff may not have received the Notice of Hearing. As such, the Status Conference will be re-set to a date in early December of 2005. Order re-setting status conference to follow.