IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU, | § § | |
| Plaintiff, | § § | |
| VS. | § § | |
| | § | CIVIL ACTION NO. B-03-168 |
| CAMERON COUNTY SHERIFF'S OFFICE, SGT. MASON, OFFICER SANCHEZ, SUPERVISOR JOEL ZAMORA, | § § § § | |
| Defendants. | § | |

TYPE OF CASE:     __x__ CIVIL          _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**RE-SET STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TX**                                        DATE AND TIME:

                                                                    **JANUARY 26, 2006 AT 1:30 P.M.**

                                                                    _____
                                                                    JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 16, 2005