IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU, <br>    Plaintiff, <br><br> VS. <br><br> CAMERON COUNTY SHERIFF'S OFFICE, SGT. MASON, OFFICER SANCHEZ, SUPERVISOR JOEL ZAMORA, <br>    Defendants. | § § § § § § § § § § | CIVIL ACTION NO. B-03-168 |

## ORDER

Pending before the Court is Plaintiff's civil rights complaint (Docket No. 1) filed on September 17, 2003. On January 27, 2006, a status conference was held before Magistrate Judge John Wm. Black, whereby the parties were ordered to submit an Agreed Scheduling Order. The parties have not complied.

IT IS HEREBY ORDERED that a SHOW CAUSE HEARING is set for June 13, 2006, at 1:30 p.m. wherein Plaintiff shall be required to show cause why the case should not be dismissed for want of prosecution.

DONE at Brownsville, Texas, this 19th day of May, 2006.

_____
John Wm. Black
United States Magistrate Judge