IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | |
|---|---|
| CRYSTAL MARIE NEWTON CANTU, § § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-03-168 |
| CAMERON COUNTY SHERIFF'S § OFFICE, SGT. MASON, OFFICER § SANCHEZ, SUPERVISOR JOEL § ZAMORA, § | |
| Defendants. § | |

TYPE OF CASE:        __x__ CIVIL        _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DISMISSAL FOR WANT OF PROSECUTION BEFORE MAGISTRATE JUDGE JOHN WM. BLACK ON JULY 27, 2006, AT 1:30 P.M. (SUBJECT TO CANCELLATION UPON FILING OF PLAINTIFF'S NOTICE OR STIPULATION OF DISMISSAL).**

PLACE:                                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TX**                                                                  DATE AND TIME:

**JULY 27, 2006 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 28, 2006