United States District Court
Southern District of Texas
FILED

AUG 0 2 2006

Michael N. Milby
Clerk of Court

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

B-03-cv-168
R&R Of 08-02-06

Sent To: Crystal Marie Newton Cantu
Street, Apt. No.; or PO Box No.: 307-2 Bolivar
City, State, ZIP+4: Rancho Viejo, TX 78575

PS Form 3800, January 2001      See Reverse for Instructions