IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CRYSTAL MARIE NEWTON CANTU, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-168 |
| | § | |
| | § | |
| CAMERON COUNTY SHERIFF'S OFFICE, | § | |
| SGT. MASON, OFFICER SANCHEZ, | § | |
| SUPERVISOR JOEL ZAMORA, | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's August 2, 2006, Report and Recommendation in the above-referenced cause of action. [Docket No. 18]  No objections have been lodged by either side and the time for doing so has expired.  Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and this case is hereby **DISMISSED**.  Any and all outstanding motions are hereby **DENIED** as moot.

Signed this 23rd day of August, 2003.

Andrew S. Hanen
United States District Judge